**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

RICHARD POLLOCK, AN ADULT
INDIVIDUAL, CHERYL POLLOCK, AN
ADULT INDIVIDUAL, PAUL L. KUTCHER,
AN ADULT INDIVIDUAL, AND CYNTHIA
P. KUTCHER, AN ADULT INDIVIDUAL,

        Petitioners

        v.

NATIONAL FOOTBALL LEAGUE AND
DALLAS COWBOYS FOOTBALL CLUB,
LTD.,

        Respondents

:  No. 288 WAL 2017
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.